**Fill in this information to identify the case:**

Debtor name    **Midwest Medical Associates, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **22-50372-jwc**

☑ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $     **4,760,707.32**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $     **4,760,707.32**
[Note: above total does not include value of pending counterclaims of $30,000,000; see no. 75]

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **3,087,320.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $       **5,959.06**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **1,514,301.45**

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b          $     **4,607,580.51**

**Fill in this information to identify the case:**

Debtor name  **Midwest Medical Associates, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-50372-jwc**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.    Cash on hand                                                                          $0.00

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  First-Citizens Bank | Business Checking | 7243 | $74,240.32 |
| 3.2.  SunTrust | Business Checking | 2521 | $10,000.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**                                                      $84,240.32
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Midwest Medical Associates, Inc.**                                    Case number *(if known)*  **22-50372-jwc**
          Name

11.    **Accounts receivable**

11b. Over 90 days old:        84,717,384.00       -       81,540,917.00    =....                    $3,176,467.00
                             face amount                doubtful or uncollectible accounts

12.    Total of Part 3.                                                                     **$3,176,467.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.             (Note: est 2.5%-5% est.
                                                                                           collection; range of
                                                                                           $2,117,934 to
                                                                                           $4,235,869; average
                                                                                           above)

**Part 4:**    Investments

13. Does the debtor own any investments?

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.
Note: See part 11 regarding insurance contracts

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer server | Undetermined | No known market value | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    Total of Part 7.                                                                          $0.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    Is a depreciation schedule available for any of the property listed in Part 7?
       ☑ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Midwest Medical Associates, Inc.**                         Case number *(If known)*  **22-50372-jwc**
_____
Name

45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    Real property

54. Does the debtor own or lease any real property?

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |
| midwestmedical.info | Undetermined | No known market value | Unknown |
| 62.    Licenses, franchises, and royalties | | | |
| 63.    Customer lists, mailing lists, or other compilations<br>No customers after bank actions 4/2021 | $0.00 | N/A | $0.00 |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill | | | |

66.    **Total of Part 10.**                                                                           $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
☑ Yes (Note: Debtor is in possession of records of some individuals for whom Debtor delivered portable compression cuff devices.  Billings for these devices are submitted to insurance companies who issue health or medical care coverage.

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Midwest Medical Associates, Inc.** | Case number *(if known)* **22-50372-jwc** |
|---|---|---|
| | Name | |

---

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td style="text-align:right">Current value of<br>debtor's interest</td></tr>
<tr><td>71.</td><td>Notes receivable<br>Description (include name of obligor)</td><td></td></tr>
<tr><td>72.</td><td>Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.</td><td>Interests in insurance policies or annuities</td><td></td></tr>
<tr><td>74.</td><td>Causes of action against third parties (whether or not a lawsuit<br>has been filed)</td><td></td></tr>
<tr><td>75.</td><td>Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims<br><b>First-Citizens Bank v. Parker Medical, et. al.</b><br><b>Remove State Court Case</b><br><b>NDGA Bank. AP No 22-05010</b></td><td style="text-align:right">Undetermined</td></tr>
</table>

| Nature of claim | 3 Counterclaims alleged jointly by Debtor, Affiliate Parker Medical Holding Company, Inc., and Robert L. Parker Sr |
|---|---|
| Amount requested | **$30,000,000.00** |

| | | |
|---|---|---|
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership<br>**15 Insurance Contracts: absent extension assume/reject by deadline. See schedule G.**<br>**(Estimated Value)** | **$1,500,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,500,000.00**<br>(Note: total not including estimated value of 3 jointly alleged counterclaims seeking $30 million in damages) |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    __Midwest Medical Associates, Inc.__          Case number *(If known)*  __22-50372-jwc__
                  Name

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $84,240.32 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $3,176,467.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9* ...............................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $1,500,000.00 | |
| 91. Total. Add lines 80 through 90 for each column | $4,760,707.32 | + 91b. $0.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92

$4,760,707.32
(Note: total not including estimated value of 3 jointly alleged counterclaims seeking $30 million in damages)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midwest Medical Associates, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **22-50372-jwc** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **First-Citizens Bank & Trust Co**<br>Creditor's Name<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>09/18/2018<br>Last 4 digits of account number 0973<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Over 90 days old: Accounts receivable - (est. 2.5-5% collectable; range of $2,117,934 to $4,235,869**<br><br>Describe the lien<br>**Promissory Note**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $3,087,320.00 | $3,176,467.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$3,087,320.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| G. Marshall Kent<br>Fox Rothchild LLP<br>999 Peachtree Street, Ste 1500<br>Atlanta, GA 30309 | Line 2.1 | |

| Debtor | Midwest Medical Associates, Inc. | Case number (if known) | 22-50372-jwc |
|--------|----------------------------------|------------------------|--------------|
|        | Name                             |                        |              |

Jeff Shornock, SVP
First-Citizens Bank & Trust Co
100 East Tryon Road
Raleigh, NC 27603

Line __2.1__

**Fill in this information to identify the case:**

Debtor name      **Midwest Medical Associates, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **22-50372-jwc**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Massachusetts Dept. of Revenue**<br>PO Box 7090<br>Boston, MA 02204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $5,959.06 | $1,961.94 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2691**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Aetna Health Inc.**<br>South Region Health Del. Op.<br>11675 Great Oaks Way, 2nd Flr<br>Alpharetta, GA 30022 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Contract**<br>Is the claim subject to offset?  ☐ No  ■ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aetna Workers Comp Access LLC**<br>151 Farmington Ave. RT62<br>Hartford, CT 06156 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Contract**<br>Is the claim subject to offset?  ☐ No  ■ Yes | |

| Debtor | **Midwest Medical Associates, Inc.** | Case number (if known) | **22-50372-jwc** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

BCBSGa/Anthem
2221 Edward Holland Dr
Mail Drop VA4004-RR11
Richmond, VA 23230

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield AZ**
2480 West Las Palmaritas Dr
Phoenix, AZ 85021

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield LA**
VP, Network Administration
PO BOX 98029
Baton Rouge, LA 70809

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield MI**
Provider Enroll/Data Mgmt
PO BOX 217
Southfield, MI 48034

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield SC**
Individual Health Insurance Ex
1-20 East Alpine Road
Columbia, SC 29219

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield SC**


1-20 East Alpine Road
Columbia, SC 29219

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield Texas**
P.O. Box 833840
Richardson, TX 75083

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Midwest Medical Associates, Inc.** | Case number (if known) | **22-50372-jwc** |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
**Blue Cross of Idaho**
3000 E. Pine Avenue
Meridian, ID 83642

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Contract__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
**Blue Cross/Blue Shield TX**
**Blue Essentials**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Contract__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
**Blue Shield of California**
6300 Canoga Avenue
7th Floor
Woodland Hills, CA 91367

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Contract__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00
**Brightree LLC**
125 Technology Parkway
Norcross, GA 30092

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Software/billing contract__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
**Carecentrix, Inc.**
**Cheif Legal Officer**
20 Church St
Hartford, CT 06103

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Contract__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449,500.00
**JBA Portfolio, LLC**
720 N. Post Oak Road
Suite 500
Houston, TX 77024

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352,480.78
**McKesson Medical-Surgical, Inc**
9954 Mayland Drive
Suite 4000
Virginia, VA 23233

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Pending affiliate lawsuit - amount unknown__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Midwest Medical Associates, Inc.**
_____
Name

Case number (if known)   **22-50372-jwc**

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,371.01 |
|---|---|---|---|

**Medline Industries, Inc.**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit against Parent - claimed amount unknown against Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Richard L. Parker, Sr.**
**656 Ellis Oak Avenue**
**Suite 101-103**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subordinated loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**The van Halem Group**
**101 Marietta Stree NW**
**Suite 2460**
**Atlanta, GA 30303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,931.55 |
|---|---|---|---|

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2021-3/2021**

Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504,018.11 |
|---|---|---|---|

**UnitedHealthcare Insurance Co.**
**Attn: CDM/Bankrruptcy**
**185 Asylum St - 03B**
**Hartford, CT 06103**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2691**

Basis for the claim:  **Contract**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**UnitedHealthcare of GA, Inc.**
**3720 Da Vinci Court #300**
**Norcross, GA 30092**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Van G. Miller & Asso./HOMELINK**
**Attn: Craig Douglas**
**PO BOX 1860**
**Waterloo, IA 50704**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract**

Is the claim subject to offset? ☐ No  ■ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

---

| Debtor | Midwest Medical Associates, Inc. | Case number (if known) | 22-50372-jwc |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Boxer Property Management Corp<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 | Line 3.15<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | Craig G. Kunkes<br>Robbins Alloy Bellifante<br>500 14th Street, NW<br>Atlanta, GA 30318 | Line 3.16<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | Medline Industries Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 | Line 3.17<br><br>☐ Not listed. Explain ____ | — |
| 4.4 | Michael Baim, The CKB Firm<br>30 North LaSalle St.<br>Suite 1520<br>Chicago, IL 60602 | Line 3.17<br><br>☐ Not listed. Explain ____ | — |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 5,959.06 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,514,301.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,520,260.51 |

**Fill in this information to identify the case:**

Debtor name    **Midwest Medical Associates, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **22-50372-jwc**

☐ Check if this is an
amended filing

## Official Form 206G
### Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Billing services agreement** |
| | State the term remaining | 1/1/2023 |
| | List the contract number of any government contract | |

AccQData Network LLC
321 North Lake Blvd
North Palm Beach, FL 33408

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Services Agreement** |
| | State the term remaining | 07/15/2022 (auto renewal) |
| | List the contract number of any government contract | |

Aetna Health Inc.
South Region Health Del. Op.
11675 Great Oaks Way, 2nd Flr
Alpharetta, GA 30022

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Services Agreement** |
| | State the term remaining | 2/15/2022 (auto renewal) |
| | List the contract number of any government contract | |

Aetna Workers Comp Access LLC
151 Farmington Ave. RT62
Hartford, CT 06156

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Blue Cross Blue Shield Provider Agreement** |
| | State the term remaining | Not specified |
| | List the contract number of any government contract | |

BCBSGa/Anthem
2221 Edward Holland Dr
Mail Drop VA4004-RR11
Richmond, VA 23230

Debtor 1   **Midwest Medical Associates, Inc.**                           Case number (if known)   **22-50372-jwc**
           First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**              State the name and mailing address for all other parties with
                                                            whom the debtor has an executory contract or unexpired
                                                            lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | **09/2022 (automatic one year renewals)** | **Blue Cross Blue Shield AZ** |
| | List the contract number of any government contract | | **2480 West Las Palmaritas Dr Phoenix, AZ 85021** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Allied Health Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **8/18/2022 (automatic one year renewal)** | **Blue Cross Blue Shield LA VP, Network Administration** |
| | List the contract number of any government contract | | **PO BOX 98029 Baton Rouge, LA 70809** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Durable Medical Equipment, Prosthetic and Orthotic Suppliers Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unspecified** | **Blue Cross Blue Shield MI Provider Enroll/Data Mgmt** |
| | List the contract number of any government contract | | **PO BOX 217 Southfield, MI 48034** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Participating Provider DME Supplier Agreement Orthotic and Prosthetic Supplier Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unspecfied (continue until terminated)** | **Blue Cross Blue Shield SC 1-20 East Alpine Road** |
| | List the contract number of any government contract | | **Columbia, SC 29219** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **HIX Preferred Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2022 (automatic one year renewal)** | **Blue Cross Blue Shield SC Individual Health Insurance Ex** |
| | List the contract number of any government contract | | **1-20 East Alpine Road Columbia, SC 29219** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Provider Agreement for PPO/POS Network Participation** | |
|---|---|---|---|
| | State the term remaining | **Not specified** | **Blue Cross Blue Shield Texas P.O. Box 833840 Richardson, TX 75083** |

Debtor 1  __Midwest Medical Associates, Inc._____    Case number *(if known)*  __22-50372-jwc__
   First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| List the contract number of any government contract | _____ |

| | | |
|---|---|---|
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Facility Contract - Commercial** | |
| | State the term remaining | **11/1/2022 (automatic yearly renewal)** | **Blue Cross of Idaho** |
| | List the contract number of any government contract | _____ | **3000 E. Pine Avenue** **Meridian, ID 83642** |

| | | |
|---|---|---|
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Provider Agreement for Blue Essentials Network Participation** | |
| | State the term remaining | **12/1/2028** | **Blue Cross/Blue Shield TX** **Blue Essentials** |
| | List the contract number of any government contract | _____ | **P.O. Box 833840** **Richardson, TX 75083** |

| | | |
|---|---|---|
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement - Alternative Care Services/Home Medical Equipment Supplies & Services** | |
| | State the term remaining | **11/6/2022 (automatic one year renewal)** | **Blue Shield of California** **6300 Canoga Avenue** |
| | List the contract number of any government contract | _____ | **7th Floor** **Woodland Hills, CA 91367** |

| | | |
|---|---|---|
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Software/billing services** | |
| | State the term remaining | **1/1/2023** | **Brightree LLC** |
| | List the contract number of any government contract | _____ | **125 Technology Parkway** **Norcross, GA 30092** |

| | | |
|---|---|---|
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
| | State the term remaining | **Unspecified** | **Carecentrix, Inc.** **Chief Legal Officer** |
| | List the contract number of any government contract | _____ | **20 Church St** **Hartford, CT 06103** |

Debtor 1   __Midwest Medical Associates, Inc.__                    Case number (if known)   __22-50372-jwc__
        First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Provider Participation Agreement** | |
| | State the term remaining | **5/1/2022 (automatic renewal 1 year)** | UnitedHealthcare of GA, Inc. 3720 Da Vinci Court #300 Norcross, GA 30092 |
| | List the contract number of any government contract | | |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Homelink Network Provider Agreement for Healthpartners, Inc.** | |
| | State the term remaining | **3/30/2022 (automatic one year renewal)** | Van G. Miller & Asso./HOMELINK Attn: Craig Douglas PO BOX 1860 Waterloo, IA 50704 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Midwest Medical Associates, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __22-50372-jwc__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor | Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Midwest Medical DME Enter. LLC | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ■ D    2.1 ☐ E/F _____ ☐ G _____ |
| 2.2 | Midwest Medical Enter., LLC | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ■ D    2.1 ☐ E/F _____ ☐ G _____ |
| 2.3 | Parker Medical Holding Co. Inc | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ■ D    2.1 ☐ E/F _____ ☐ G _____ |
| 2.4 | Richard L. Parker, Sr. | 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 | First-Citizens Bank & Trust Co | ■ D    2.1 ☐ E/F _____ ☐ G _____ |
| 2.5 | Parker Medical Holding Co. Inc | 2737 Davis Oaks Place Decatur, GA 30033 | JBA Portfolio, LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Debtor    __Midwest Medical Associates, Inc._____    Case number *(if known)*   __22-50372-jwc_____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Parker Medical<br>Holding Co. Inc | 2737 Davis Oaks Place<br>Decatur, GA 30033 | Brightree LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Parker Medical<br>Holding Co. Inc | 2737 Davis Oaks Place<br>Decatur, GA 30033 | AccQData Network<br>LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Midwest Medical Associates, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **22-50372-jwc**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  1/01/2022 to Filing Date | ☑ Operating a business<br><br>☐ Other _____ | $60,453.45 |
   | **For prior year:** From  1/01/2021 to 12/31/2021 | ☑ Operating a business<br>    Estimated 90% gross<br>    parent revenue.<br>    Debtor is a wholly<br>    owned subsidiary.<br>☐ Other  See Note below*. | $5,393,700.90* |
   | **For year before that:** From  1/01/2020 to 12/31/2020 | ☑ Operating a business<br>    Estimated 90% gross<br>    parent revenue.<br>    Debtor is a wholly<br>    owned subsidiary.<br>☐ Other  See Note below*. | $8,303,509.00* |

   *Note: Debtor is a wholly owned subsidiary of Parker Medical Holding Company, Inc. ("PMHC"). For business purposes and tax purposes, Debtor and PMHC's accountants prepared consolidated financial records and tax returns for PMHC and three of its affiliates including Debtor, such that the gross receipts and/or expenses were historically unallocated among PMHC and Debtor and affiliates. Gross receipts/revenue of Debtor were swept to parent PMHC daily through a bank sweep account program with First-Citizens Bank, such that PMHC's records show unallocated gross revenue that includes Debtor's gross revenue. Debtor estimates that approximately 90% of PMHC's gross revenue are gross receipts of Debtor. The estimated gross revenue is listed in Part 1.1 of Official Form 207.

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

Debtor    **Midwest Medical Associates, Inc.**                          Case number *(if known)* **22-50372-jwc**

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Chamberlain Hrdlicka<br>191 Peachtree Street NE<br>46th Floor<br>Atlanta, GA 30303 | 11/18/2021 | $56,666.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other  Unallocated fee payment - defense/counterclaims of Debtor/co-defendants in state court lawsuit |
| 3.2. | Chamberlain Hrdlicka<br>191 Peachtree Street NE<br>46th Floor<br>Atlanta, GA 30303 | 12/29/2021 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other  Unallocated retainer - defense/counterclaims of Debtor/co-defendants in state court lawsuit |
| 3.3. | Chamberlain Hrdlicka<br>191 Peachtree Street NE<br>46th Floor<br>Atlanta, GA 30303 | 1/11/2021 | $55,679.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other  Unallocated fee payment - defense/counterclaims of Debtor/co-defendants in state court lawsuit |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Parker Medical Holding Company<br>2295 Parklake Drive NE<br>Suite 100<br>Atlanta, GA 30345<br>Parent | 01/15/2021-0<br>1/14/2022 | $5,393,700.90 | **Bank cash management program swept daily to parent Parker Medical Holding Company LOC Account which was a payment to First-Citizens Bank. Amount estimated listed. See answer and note to 1.1 above.** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor    __Midwest Medical Associates, Inc.__          Case number *(if known)*  __22-50372-jwc__

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| First-Citizens Bank & Trust Co<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609 | Not yet ascertained<br>Last 4 digits of account number: ___7243___ | | Unknown |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor   __Midwest Medical Associates, Inc.__                                    Case number *(if known)*  __22-50372-jwc__

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Chamberlain Hrdlicka White Williams & Au 191 Peachtree Street, NE 46th Floor Atlanta, GA 30303 | Unsecured advance on behalf of Midwest Associates for attorney retainer not yet applied in any amount | 1/13/2022 | $30,000.00 |

Email or website address
jimmy.paul@chamberlainlaw.com

Who made the payment, if not debtor?
Richard L. Parker, Sr.

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Parker Medical Holding Company 2737 Davis Oaks Way Decatur, GA 30033 | Transfers to Parker Medical Holding Company, Inc. ("PMHC") previously answered for 2021. For 2020 transfers under the cash management sweep program are estimated at 90% of gross receipts of PMHC. Bank cash management program swept daily to parent PMHC LOC Account which was a payment to First-Citizens Bank.  Amount estimated listed. See answer and note to 1.1 above. | Daily 2020 - Estimated amount listed | $8,303,509.00 |

Relationship to debtor
Parent Affiliate

---

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Midwest Medical Associates, Inc.**                          Case number (if known)  **22-50372-jwc**

---

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2295 Parklake Drive NE Ste 100 Atlanta, GA 30345 | 2013-2021 |
| 14.2. | 2737 Davis Oaks Place Decatur, GA 30033 | 2021-present |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Records for individuals for whom Debtor delivered portable compression devices; billing for devices submitted to insurance companies who issue health/medical coverage**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Debtor    __Midwest Medical Associates, Inc.__                                    Case number *(if known)*  __22-50372-jwc__

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First-Citizens Bank & Trust Co<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609 | XXXX-7243 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | First-Citizens Bank attorneys indicate a number of accounts of affiliates have been closed. Request for full access to electronic bank records pending and not yet obtained. | Balance as of 1/31/2021<br><br>$74,240.32 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

Debtor    **Midwest Medical Associates, Inc.**                                    Case number *(if known)* **22-50372-jwc**

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26.** Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | McNair, McLemore, Middlebrooks 389 Mulberry Street Macon, GA 31201 | 2018-present |
| 26a.2. | Richard L. Parker, Sr. 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 | 2/2021-present |
| 26a.3. | Russell Almond (Deceased Former CFO) | Deceased 2/2021 |
| 26a.4. | Tom Gentry (Interim CFO) | 3/2021-10/2021 |
| 26a.5. | Susan Oldknow Out of Office Accounting 6975 Concord Brook Lane PO BOX 1986 Cumming, GA 30028 | 3/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Midwest Medical Associates, Inc.**                          Case number *(if known)*  **22-50372-jwc**

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | NorthView Advisors, LLC<br>12220 Birmingham Hwy<br>Bldg 30<br>Alpharetta, GA 30004 | 03/2020-08/2020<br>See also 26.a. |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Debtor Midwest Medical Associates, Inc. | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard L. Parker, Sr. | 656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | Sole Director/President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Parker Medical Holding Company | | Parent owner | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Greg Minton | | Vice President | Until 12/31/2021 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Midwest Medical Associates, Inc.**                                    Case number *(if known)*  **22-50372-jwc**

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Richard L. Parker, Sr. 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 | $213,333 Salary - paid through professional employer organization ("PEO") | 2021 | |
| | **Relationship to debtor** **Sole Director/President** | | | |
| 30.2. | Greg Minton | $115,000 salary - paid through PEO | 2021 | |
| | **Relationship to debtor** **Former Vice President/Director** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

Name of the parent corporation

Parker Medical Holding Company, Inc.

Employer Identification number of the parent corporation
45-4394615

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2 - 8 - 2o2Z**                                      _(signature)_

                                                    Richard L. Parker, Sr
_____           _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Midwest Medical Associates, Inc.** _____

Debtor(s)

Case No.   **22-50372-jwc**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Parker Medical Holding Company**<br>**2295 Parklake Drive**<br>**Suite 100**<br>**Atlanta, GA 30345** | Class A Common | 10,000 | Voting |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February  8, 2022** _____

Signature   **/s/ Richard L. Parker, Sr** _____
**Richard L. Parker, Sr**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**LOCAL FORM 5005-7(c)(3)(B)**

In re  **Midwest Medical Associates, Inc.**_____    Case No.  **22-50372-jwc**_____

_____ Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☑ the original of or    ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☑ Schedule F |
| ☐ List of all Creditors | ☑ Schedule G |
| ☐ *List of 20 largest creditors | ☐ Schedule H |
| ☑ Schedule A | ☐ Schedule I |
| ☑ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☑ *Declaration Concerning Debtor's Schedules |
| ☑ Schedule D | ☑ *Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Date  **February 8, 2022**_____    Signature  **/s/ Richard L. Parker, Sr**_____
**Richard L. Parker, Sr**
**President**

### Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Date:  **February 8, 2022**_____    **/s/ Jimmy L. Paul**_____
Signature of Attorney
**Jimmy L. Paul  567600 GA**

**LOCAL FORM 5005-7(c)(3)(B)**

In re  **Midwest Medical Associates, Inc.** _____      Case No.  **22-50372-jwc** _____

Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☐ the original of or      ☑ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☐ Schedule F |
| ☑ List of all Creditors | ☐ Schedule G |
| ☑ *List of 20 largest creditors | ☐ Schedule H |
| ☐ Schedule A | ☐ Schedule I |
| ☐ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☐ *Declaration Concerning Debtor's Schedules |
| ☐ Schedule D | ☐ *Statement of Financial Affairs |
| ☐ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Date  **February 8, 2022** _____      Signature  **/s/ Richard L. Parker, Sr** _____
**Richard L. Parker, Sr**
**President**

### Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Date:  **February 8, 2022** _____      **/s/ Jimmy L. Paul** _____
Signature of Attorney
**Jimmy L. Paul  567600 GA**

# United States Bankruptcy Court
## Northern District of Georgia

In re   Midwest Medical Associates, Inc.        Case No.   22-50372-jwc

                                      Debtor        Chapter        11

## Numbered Listing of Creditors - AMENDED

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | Aetna Health Inc.<br>South Region Health Del. Op.<br>11675 Great Oaks Way, 2nd Flr<br>Alpharetta, GA 30022 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 2. | Aetna Workers Comp Access LLC<br>151 Farmington Ave. RT62<br>Hartford, CT 06156 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 3. | BCBSGa/Anthem<br>2221 Edward Holland Dr<br>Mail Drop VA4004-RR11<br>Richmond, VA 23230 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 4. | Blue Cross Blue Shield AZ<br>2480 West Las Palmaritas Dr<br>Phoenix, AZ 85021 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 5. | Blue Cross Blue Shield LA<br>VP, Network Administration<br>PO BOX 98029<br>Baton Rouge, LA 70809 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 6. | Blue Cross Blue Shield MI<br>Provider Enroll/Data Mgmt<br>PO BOX 217<br>Southfield, MI 48034 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 7. | Blue Cross Blue Shield SC<br>Individual Health Insurance Ex<br>1-20 East Alpine Road<br>Columbia, SC 29219 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 8. | Blue Cross Blue Shield SC<br>1-20 East Alpine Road<br>Columbia, SC 29219 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 9. | Blue Cross Blue Shield Texas<br>P.O. Box 833840<br>Richardson, TX 75083 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 10. | Blue Cross of Idaho<br>3000 E. Pine Avenue<br>Meridian, ID 83642 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 11. | Blue Cross/Blue Shield TX<br>Blue Essentials | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |

In re   Midwest Medical Associates, Inc.                                    Case No.   22-50372-jwc
                                            ,
                         Debtor

## Numbered Listing of Creditors - AMENDED
### (Continuation Sheet)

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 12. | Blue Shield of California<br>6300 Canoga Avenue<br>7th Floor<br>Woodland Hills, CA 91367 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 13. | Brightree LLC<br>125 Technology Parkway<br>Norcross, GA 30092 | Unsecured claims<br>Unliquidated | 5,000.00 |
| 14. | Carecentrix, Inc.<br>Cheif Legal Officer<br>20 Church St<br>Hartford, CT 06103 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 15. | First-Citizens Bank & Trust Co<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609 | Secured claims<br>Contingent<br>Unliquidated<br>Disputed | 3,087,320.00 |
| 16. | JBA Portfolio, LLC<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 | Unsecured claims<br>Unliquidated<br>Disputed | 449,500.00 |
| 17. | Massachusetts Dept. of Revenue<br>PO Box 7090<br>Boston, MA 02204 | Priority claims<br>Disputed | 5,959.06 |
| 18. | McKesson Medical-Surgical, Inc<br>9954 Mayland Drive<br>Suite 4000<br>Virginia, VA 23233 | Unsecured claims<br>Disputed | 352,480.78 |
| 19. | Medline Industries, Inc.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Unsecured claims<br>Disputed | 161,371.01 |
| 20. | Richard L. Parker, Sr.<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | Unsecured claims | 30,000.00 |
| 21. | The van Halem Group<br>101 Marietta Stree NW<br>Suite 2460<br>Atlanta, GA 30303 | Unsecured claims<br>Unliquidated | 10,000.00 |
| 22. | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Unsecured claims | 1,931.55 |

In re    Midwest Medical Associates, Inc.                              Case No.    22-50372-jwc
                                            Debtor

## Numbered Listing of Creditors - AMENDED
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 23.    UnitedHealthcare Insurance Co.<br>Attn: CDM/Bankrruptcy<br>185 Asylum St - 03B<br>Hartford, CT 06103 | Unsecured claims<br>Unliquidated<br>Disputed | 504,018.11 |
| 24.    UnitedHealthcare of GA, Inc.<br>3720 Da Vinici Court #300<br>Norcross, GA 30092 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 25.    Van G. Miller & Asso./HOMELINK<br>Attn: Craig Douglas<br>PO BOX 1860<br>Waterloo, IA 50704 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |

## DECLARATION

I, Richard L. Parker, Sr, the President of the corporation named as the debtor in this case, declare under penalty of
perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information
and belief.

Date    February  8, 2022

Signature  /s/ Richard L. Parker, Sr
          Richard L. Parker, Sr
          President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Midwest Medical Associates, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | 22-50372-jwc |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aetna Health Inc. South Region Health Del. Op. 11675 Great Oaks Way, 2nd Flr Alpharetta, GA 30022 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Aetna Workers Comp Access LLC 151 Farmington Ave. RT62 Hartford, CT 06156 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| BCBSGa/Anthem 2221 Edward Holland Dr Mail Drop VA4004-RR11 Richmond, VA 23230 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross Blue Shield AZ 2480 West Las Palmaritas Dr Phoenix, AZ 85021 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross Blue Shield LA VP, Network Administration PO BOX 98029 Baton Rouge, LA 70809 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross Blue Shield MI Provider Enroll/Data Mgmt PO BOX 217 Southfield, MI 48034 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |

Debtor   **Midwest Medical Associates, Inc.**                                    Case number *(if known)*   **22-50372-jwc**
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Cross Blue Shield SC Individual Health Insurance Ex 1-20 East Alpine Road Columbia, SC 29219 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross Blue Shield SC 1-20 East Alpine Road Columbia, SC 29219 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross Blue Shield Texas P.O. Box 833840 Richardson, TX 75083 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross of Idaho 3000 E. Pine Avenue Meridian, ID 83642 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Cross/Blue Shield TX Blue Essentials | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Blue Shield of California 6300 Canoga Avenue 7th Floor Woodland Hills, CA 91367 | | Contract | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Brightree LLC 125 Technology Parkway Norcross, GA 30092 | Brightree LLC | Billing management contract | Unliquidated | | | $5,000.00 |
| JBA Portfolio, LLC 720 N. Post Oak Road Suite 500 Houston, TX 77024 | JBA Portfolio, LLC | Disputed lease claim | Unliquidated Disputed | | | $449,500.00 |
| Massachusetts Dept. of Revenue PO Box 7090 Boston, MA 02204 | | | Disputed | | | $5,959.06 |
| McKesson Medical-Surgical, Inc 9954 Mayland Drive Suite 4000 Virginia, VA 23233 | McKesson Medical-Surgical, Inc | Pending affiliate lawsuit - amount unknown | Disputed | | | $352,480.78 |

| Debtor | Midwest Medical Associates, Inc. | | Case number *(if known)* | 22-50372-jwc | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medline Industries, Inc.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | | Affiliate lawsuit - claimed amount unknown | Disputed | | | $161,371.01 |
| The van Halem Group<br>101 Marietta Stree NW<br>Suite 2460<br>Atlanta, GA 30303 | The van Halem Group | Professional services | Unliquidated | | | $10,000.00 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | | Goods | | | | $1,931.55 |
| UnitedHealthcare Insurance Co.<br>Attn:<br>CDM/Bankrruptcy<br>185 Asylum St - 03B<br>Hartford, CT 06103 | | Contract | Unliquidated Disputed Subject to Setoff | | | $504,018.11 |

## United States Bankruptcy Court
### Northern District of Georgia

In re  <u>Midwest Medical Associates, Inc.</u>

Debtor(s)

Case No.  <u>22-50372-jwc</u>

Chapter  <u>11</u>

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  <u>February 8, 2022</u>

<u>/s/ Richard L. Parker, Sr</u>
**Richard L. Parker, Sr/President**
Signer/Title

AccQData Network LLC
321 North Lake Blvd
North Palm Beach, FL 33408


Aetna Health Inc.
South Region Health Del. Op.
11675 Great Oaks Way, 2nd Flr
Alpharetta, GA 30022


Aetna Workers Comp Access LLC
151 Farmington Ave. RT62
Hartford, CT 06156


BCBSGa/Anthem
2221 Edward Holland Dr
Mail Drop VA4004-RR11
Richmond, VA 23230


Blue Cross Blue Shield AZ
2480 West Las Palmaritas Dr
Phoenix, AZ 85021


Blue Cross Blue Shield LA
VP, Network Administration
PO BOX 98029
Baton Rouge, LA 70809


Blue Cross Blue Shield MI
Provider Enroll/Data Mgmt
PO BOX 217
Southfield, MI 48034


Blue Cross Blue Shield SC
Individual Health Insurance Ex
1-20 East Alpine Road
Columbia, SC 29219

Blue Cross Blue Shield SC
1-20 East Alpine Road
Columbia, SC 29219


Blue Cross Blue Shield Texas
P.O. Box 833840
Richardson, TX 75083


Blue Cross of Idaho
3000 E. Pine Avenue
Meridian, ID 83642


Blue Cross/Blue Shield TX
Blue Essentials
P.O. Box 833840
Richardson, TX 75083


Blue Shield of California
6300 Canoga Avenue
7th Floor
Woodland Hills, CA 91367


Boxer Property Management Corp
720 N. Post Oak Road
Suite 500
Houston, TX 77024


Brightree LLC
125 Technology Parkway
Norcross, GA 30092


Carecentrix, Inc.
Cheif Legal Officer
20 Church St
Hartford, CT 06103

Craig G. Kunkes
Robbins Alloy Bellifante
500 14th Street, NW
Atlanta, GA 30318


First-Citizens Bank & Trust Co
4300 Six Forks Road
FCC22
Raleigh, NC 27609


G. Marshall Kent
Fox Rothchild LLP
999 Peachtree Street, Ste 1500
Atlanta, GA 30309


JBA Portfolio, LLC
720 N. Post Oak Road
Suite 500
Houston, TX 77024


Jeff Shornock, SVP
First-Citizens Bank & Trust Co
100 East Tryon Road
Raleigh, NC 27603


Massachusetts Dept. of Revenue
PO Box 7090
Boston, MA 02204


McKesson Medical-Surgical, Inc
9954 Mayland Drive
Suite 4000
Virginia, VA 23233


Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093

Medline Industries, Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703


Michael Baim, The CKB Firm
30 North LaSalle St.
Suite 1520
Chicago, IL 60602


Midwest Medical DME Enter. LLC
2737 Davis Oaks Place
Decatur, GA 30033


Midwest Medical Enter., LLC
2737 Davis Oaks Place
Decatur, GA 30033


Parker Medical Holding Co. Inc
2737 Davis Oaks Place
Decatur, GA 30033


Richard L. Parker, Sr.
656 Ellis Oak Avenue
Suite 101-103
Charleston, SC 29412


The van Halem Group
101 Marietta Stree NW
Suite 2460
Atlanta, GA 30303


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


UnitedHealthcare Insurance Co.
Attn: CDM/Bankrruptcy
185 Asylum St - 03B
Hartford, CT 06103

UnitedHealthcare of GA, Inc.
3720 Da Vinci Court #300
Norcross, GA 30092


Van G. Miller & Asso./HOMELINK
Attn: Craig Douglas
PO BOX 1860
Waterloo, IA 50704