## United States Bankruptcy Court
### Northern District of Georgia

In re: Midwest Medical Associates, Inc., Debtor

Case No. 22-50372-jwc

Chapter 11

## Numbered Listing of Creditors - AMENDED

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | Aetna Health Inc.<br>South Region Health Del. Op.<br>11675 Great Oaks Way, 2nd Flr<br>Alpharetta, GA 30022 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 2. | Aetna Workers Comp Access LLC<br>151 Farmington Ave. RT62<br>Hartford, CT 06156 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 3. | BCBSGa/Anthem<br>2221 Edward Holland Dr<br>Mail Drop VA4004-RR11<br>Richmond, VA 23230 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 4. | Blue Cross Blue Shield AZ<br>2480 West Las Palmaritas Dr<br>Phoenix, AZ 85021 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 5. | Blue Cross Blue Shield LA<br>VP, Network Administration<br>PO BOX 98029<br>Baton Rouge, LA 70809 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 6. | Blue Cross Blue Shield MI<br>Provider Enroll/Data Mgmt<br>PO BOX 217<br>Southfield, MI 48034 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 7. | Blue Cross Blue Shield SC<br>Individual Health Insurance Ex<br>1-20 East Alpine Road<br>Columbia, SC 29219 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 8. | Blue Cross Blue Shield SC<br>1-20 East Alpine Road<br>Columbia, SC 29219 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 9. | Blue Cross Blue Shield Texas<br>P.O. Box 833840<br>Richardson, TX 75083 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 10. | Blue Cross of Idaho<br>3000 E. Pine Avenue<br>Meridian, ID 83642 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 11. | Blue Cross/Blue Shield TX<br>Blue Essentials | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |

In re   Midwest Medical Associates, Inc.                                    Case No.   22-50372-jwc
                                         Debtor

## Numbered Listing of Creditors - AMENDED
(Continuation Sheet)

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 12. | Blue Shield of California<br>6300 Canoga Avenue<br>7th Floor<br>Woodland Hills, CA 91367 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 13. | Brightree LLC<br>125 Technology Parkway<br>Norcross, GA 30092 | Unsecured claims<br>Unliquidated | 5,000.00 |
| 14. | Carecentrix, Inc.<br>Cheif Legal Officer<br>20 Church St<br>Hartford, CT 06103 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 15. | First-Citizens Bank & Trust Co<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609 | Secured claims<br>Contingent<br>Unliquidated<br>Disputed | 3,087,320.00 |
| 16. | JBA Portfolio, LLC<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 | Unsecured claims<br>Unliquidated<br>Disputed | 449,500.00 |
| 17. | Massachusetts Dept. of Revenue<br>PO Box 7090<br>Boston, MA 02204 | Priority claims<br>Disputed | 5,959.06 |
| 18. | McKesson Medical-Surgical, Inc<br>9954 Mayland Drive<br>Suite 4000<br>Virginia, VA 23233 | Unsecured claims<br>Disputed | 352,480.78 |
| 19. | Medline Industries, Inc.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Unsecured claims<br>Disputed | 161,371.01 |
| 20. | Richard L. Parker, Sr.<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | Unsecured claims | 30,000.00 |
| 21. | The van Halem Group<br>101 Marietta Stree NW<br>Suite 2460<br>Atlanta, GA 30303 | Unsecured claims<br>Unliquidated | 10,000.00 |
| 22. | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Unsecured claims | 1,931.55 |

In re  Midwest Medical Associates, Inc.                    ,   Case No. __22-50372-jwc__
Debtor

## Numbered Listing of Creditors - AMENDED
(Continuation Sheet)

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 23. | UnitedHealthcare Insurance Co.<br>Attn: CDM/Bankrruptcy<br>185 Asylum St - 03B<br>Hartford, CT 06103 | Unsecured claims<br>Unliquidated<br>Disputed | 504,018.11 |
| 24. | UnitedHealthcare of GA, Inc.<br>3720 Da Vinci Court #300<br>Norcross, GA 30092 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |
| 25. | Van G. Miller & Asso./HOMELINK<br>Attn: Craig Douglas<br>PO BOX 1860<br>Waterloo, IA 50704 | Unsecured claims<br>Unliquidated<br>Disputed | Unknown |

## DECLARATION

I, Richard L. Parker, Sr, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date __February 8, 2022__                Signature __/s/ Richard L. Parker, Sr__
                                        Richard L. Parker, Sr
                                        President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.